(No. 75-CC-145—)

GERBER-BARTHEL TRUCK AND TRACTOR COMPANY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed November 7, 1974.*

WILLIAM D. STIEHL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.